UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In Re:  
CHRISTY WEAKLEY  
198 STONECLIFF CIRCLE  
PELHAM, AL 35124

Case No.13-30021-WRS  
Chapter 13

Debtor  
SSN: XXX-XX-6321

## Order Releasing Wages

The Income Withholding Order previously issued by the Court to the following employer is hereby RELEASED:

RESTORE MANAGEMENT COMPANY LLC  
ATTN PAYROLL  
245 CAHABA VALLEY PKWY SUITE 200  
PELHAM, AL 35124

The above employer is authorized to pay all future wages to the debtor.

Done this Wednesday, January 31, 2018.

*/s/ William R. Sawyer*  
William R. Sawyer  
United States Bankruptcy Judge

**CC:** CHRISTY WEAKLEY